## WAYNE FURNITURE COMPANY, Plaintiff-Appellant v. DAYTON (CITY) et, Defendants-Appellees.

Ohio Appeals, Second District, Montgomery County.

No. 1766. Decided April 10, 1944.

Victor Jacobs, Dayton, for plaintiff-appellant.
Herbert S. Bean, Dayton, Maurice J. Gilbert, Dayton, for defendants-appellees.

### OPINION

BY THE COURT:

The above entitled cause is now being determined on plaintiff-appellant's application for rehearing.

The application for rehearing is predicated on the claimed error of the Court of Appeals in its original opinion dismissing plaintiff-appellant's appeal.

We still adhere to our original opinion and consequently the application for rehearing will be overruled.

BARNES, P. J., HORNBECK and GEIGER, JJ., concur.